# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAPHAEL A. SANCHEZ, <br><br> Defendant. | NO. 18-cr-00040-RSL-1 <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney, Cassandra L. Stamm, hereby appears as counsel for defendant Raphael A. Sanchez, and requests that all further pleadings or papers herein be served on counsel at the address below.

DATED this 13th day of February, 2018.

/s/ Cassandra Stamm
Cassandra Stamm
WSBA No. 29265
Attorney for Raphael A. Snachez
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586

Law Offices of Cassandra Stamm, PLLC
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427

fax: (206) 447-1427
casey@seattlecriminalattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Government.

/s/ Cassandra Stamm
WSBA No. 29265
Attorney for Raphael A. Sanchez
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

NOTICE OF APPEARANCE (CR*18-00040-RSL*) – 2

**Law Offices of Cassandra Stamm, PLLC**
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427