UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-00040-RSL-1 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RAPHAEL A. SANCHEZ, | ) | |
| Defendant. | ) | |

Offenses charged in two count Information:

1. Wire Fraud

2. Aggravated Identity Theft

Date of Detention Hearing: February 15, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure either the safety of other persons and the community or that defendant will make his future appearances as directed.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant entered pleas of guilty to both counts of the Information at the time of his Initial Appearance. He is awaiting sentencing. 18 U.S.C. Sec. 3143(a) therefore imposes a presumption that he will be detained pending further proceedings. To rebut it, defendant must show by clear and convincing evidence that he is not likely to flee or to pose a danger if released on bond.

(2) Defendant presented nothing to rebut this presumption, and stipulated to detention.

(3) He also declined to be interviewed by this court's Pretrial Services Officer, therefore limiting the court's ability to obtain information relevant to the issue of release pending further proceedings.

It is therefore ORDERED:

1. Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2018.

John L. Weinberg
United States Magistrate Judge