**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAPHAEL A. SANCHEZ,<br><br>　　　　　　　Defendant. | NO. 2:18-CR-0040-1<br><br>SATISFACTION OF SPECIAL ASSESSMENT AND FINE AND/OR RESTITUTION |

The defendant has paid in full the special assessment and any fine and/or restitution in this case. Accordingly, the Clerk of the United States District Court for the Western District of Washington may satisfy the condition in the sentence ordering payment of the special assessment and any fine and/or restitution.

DATED this 27th day of January, 2021.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRIAN T. MORAN
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　s/ Kyle A. Forsyth
　　　　　　　　　　　　　　　　KYLE A. FORSYTH, WSBA #34609
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　700 Stewart Street, Suite 5220
　　　　　　　　　　　　　　　　Seattle, WA  98101-1271
　　　　　　　　　　　　　　　　Telephone: (206) 553-7970
　　　　　　　　　　　　　　　　Fax: (206) 553-0882
　　　　　　　　　　　　　　　　E-mail: kyle.forsyth@usdoj.gov

SATISFACTION OF SPECIAL ASSESSMENT
AND FINE AND/OR RESTITUTION- 1
(455NW)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970