PROB Report (05/01)

# REPORT AND ORDER TERMINATING PROBATION OR SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

## UNITED STATES DISTRICT COURT
### FOR THE
### Western District of Washington

UNITED STATES OF AMERICA

v.

Raphael Sanchez

Crim. No. 2:18CR00040

On September 18, 2020 the above-named offender was placed on supervised release for a period of four years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Mi-Young Park* (signature)

Mi-Young Park
United States Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation or Supervised Release and that the proceedings in the case be terminated.

Dated this  18th  day of  October , 20 21 .

*Robert S. Lasnik* (signature)

Robert S. Lasnik, United States District Judge